UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 19-153 |
| JORDY ROBERTSON | SECTION: "D" |
| | VIOLATIONS: 21:841(a)(1), 21:841(b)(1)(C), 21:846, 18:1343 |

NOTICE OF **RE-ARRAIGNMENT**

Take Notice that this criminal case has been reset for RE-ARRAIGNMENT on **SEPTEMBER 5, 2019 at 1:30 p.m.** before Judge Wendy B. Vitter, Federal Courthouse Building, 500 Poydras Street, Courtroom C-352, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date: August 16, 2019 | WILLIAM W. BLEVINS, CLERK by: Melissa Verdun, Deputy Clerk |
| TO: | |
| JORDY ROBERTSON- **(CUSTODY)** | AUSA: Jonathan Shih, Nicholas Moses |
| | U.S. Marshal |
| **COUNSEL FOR DEFENDANT:** Michael Bell Mtbell@att.net | U.S. Probation & Pre-Trial Services Unit |
| | Interpreter: NONE |

**If you change address, notify clerk of court by phone, 504-589-7708**