UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-153 |
| VERSUS | SECTION: "D" |
| JORDY ROBERTSON | VIOLATION:<br>21 USC § 841(a)(1), 21 USC § 841(b)(1)(C), 21 USC § 846, 18 USC § 1343 |

NOTICE OF SENTENCING
(Previously set for 1/9/2020)

Take Notice that this criminal case has been set for **SENTENCING** on **FEBRUARY 11, 2020** at **2:30 P.M.**, before Judge Wendy B. Vitter, Federal Courthouse Building, Courtroom C352, 500 Poydras St., New Orleans, LA 70130.

IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.
APPEARANCE.**

| | |
|---|---|
| Date: January 10, 2020 | CAROL L. MICHEL, CLERK |
| | by: Cherie Stouder, Deputy Clerk |
| TO:<br>JORDY ROBERTSON - (Custody) | AUSA: Jonathan Shih, Nicholas Moses, T.A. |
| **COUNSEL FOR DEFENDANT:**<br>    Michael Bell<br>    Mtbell@att.net | U.S. Marshal |
| | U.S. Probation & Pre-Trial Services Unit |
| | INTERPRETER: None |

**If you change address,
notify clerk of court
by phone, 504-589-7683**