UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 19-CR-153-WBV-JVM |
| JORDY ROBERTSON | SECTION: "D" (1) |

### ORDER

The Court received the attached letter from Defendant, Jordy Robertson, on January 29, 2020.

**IT IS HEREBY ORDERED** that the attached letter from the Defendant, Jordy Robertson, be filed UNDER SEAL, only accessible to counsel of record in this matter.

**IT IS FURTHER ORDERED** that defense counsel, Michael Bell, confer with his client as soon as possible. This matter shall be set for a telephone status conference on Friday, February 7, 2020 at 9:30 a.m. The Court will initiate the conference call.

New Orleans, Louisiana, January 29, 2020.

*/s/ Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**