UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-153 |
| JORDY ROBERTSON | SECTION: D |

## ORDER

This matter has been referred from the District Judge for a hearing to determine counsel. Record Doc. No. 47. Accordingly,

**IT IS ORDERED** that a hearing to determine counsel is set for March 2, 2020, at 2:00 p.m. before the Duty Magistrate Judge.

New Orleans, Louisiana, this 21st day of February 2020.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE