UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | | NO. 19-153 D | |
|---|---|---|---|
| | **ORDER** | | |
| VERSUS | | X | Appointing Counsel |
| | | ___ | Substituting Counsel For: |
| JORDY ROBERTSON | | ___ | Ratifying Prior Service |
| | | ___ | Extending Appointment For Appeal |

CHARGE: CONSPIRACY TO DISTRIBUTE AND POSSESS WITH THE INTENT TO DISTRIBUTE A QUANTITY OF COCAINE HYDROCHLORIDE

__X__ FELONY   ____ MISDEMEANOR

__X__ The defendant, having satisfied this Court that he/she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by order of the District Court:

**CLAUDE KELLY, FEDERAL PUBLIC DEFENDER, HALE BOGGS FEDERAL BLDG., ROOM 318, 500 POYDRAS ST, NEW ORLEANS, LA 70130 PHONE: (504) 589-7930**

____ Federal Public Defender is appointed for the limited purpose of: _____.

____ It appearing to the Court that although the defendant is financially unable to employ counsel, he/she is totally indigent.

____ IT IS FURTHER ORDERED that the defendant pay to the Clerk, U. S. District Court for services of counsel, the total amount of $_____ to be paid within 10 working days or by _____.

____ IT IS FURTHER ORDERED that the defendant is to pay to the Clerk, U.S. District Court, for services of counsel, $_____ per month. This amount is to be paid, beginning on _____, until further orders of the Court.

Dated at New Orleans, Louisiana, on   MARCH 2, 2020

_____
UNITED STATES MAGISTRATE JUDGE

Copy to Financial Unit Clerk (Only if defendant is ordered to pay)